MAZZARELLA ■ CALDARELLI LLP
Michael D. Fabiano (SBN 167058)
550 West "C" Street, Suite 700
San Diego, California 92101
Telephone: (619) 238-4900
Facsimile: (619) 238-4959

Attorneys for Defendant
PETCO ANIMAL SUPPLIES STORES, INC.

Lynn Hubbard, III (SBN 69773)
Scottlynn J. Hubbard, IV (SBN 212970)
LAW OFFICES OF LYNN HUBBARD
12 Williamsburg Lane
Chico, California 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS KOHLER,<br><br>Plaintiff,<br><br>vs.<br><br>PETCO ANIMAL SUPPLIES STORES, INC. dba PETCO #927; JONES-HORAKH, LLC; JANET P. HORAKH, TRUSTEE of the JANET P. HORAKH LIVING TRUST DATED MARCH 8, 1995,<br><br>Defendants. | Case No.: '07 CV 2125 W (AJB)<br><br>**JOINT MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

WHEREAS, plaintiff Chris Kohler ("Plaintiff") has filed a complaint in this action against several defendants including PETCO ANIMAL SUPPLIES STORES, INC. dba PETCO #927" ("PETCO");

WHEREAS, PETCO has been served with the complaint and is currently due to answer or otherwise respond to the complaint on or before December 5, 2007;

WHEREAS, this extension will give the parties additional time to investigate Plaintiff's allegations and discuss a possible settlement;

WHEREAS, this extension is not sought for any improper purpose;

Plaintiff and PETCO, by and through their respective counsel, hereby agree and stipulate that the time for PETCO to answer or otherwise respond to Plaintiff's complaint be extended to December 26, 2007, and hereby move the Court to enter an order so extending PETCO's time to respond to the complaint.

It is further agreed that this stipulation may be executed in counterparts. A proposed order will be concurrently submitted to the Court.

Dated: November 26, 2007 LAW OFFICES OF LYNN HUBBARD

By: /s/ Lynn Hubbard III
LYNN HUBBARD, III
SCOTTLYNN J. HUBBARD, IV
Attorneys for Plaintiff

Dated: November 26, 2007 MAZZARELLA ■ CALDARELLI LLP

By: /s/ Michael D. Fabiano
MICHAEL D. FABIANO
Attorneys for Defendant
PETCO ANIMAL SUPPLIES STORES, INC.