| UNITED STATES DISTRICT COURT – SOUTHERN DISTRICT | | COURT USE ONLY |
|---|---|---|
| TITLE OF CASE (ABBREVIATED)<br>KOHLER v. PETCO ANIMAL SUPPLIES STORES, INC., et al. | | |
| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS):<br>Michael D. Fabiano, Esq. (SBN 167058) (619) 238-4900 - Telephone<br>Mazzarella Caldarelli LLP (619) 238-4959 – Facsimile<br>550 West C Street, Suite 700<br>San Diego, CA 92101 | | |
| ATTORNEYS FOR:<br>Defendant PETCO Animal Supplies Stores, Inc. | HEARING DATE – TIME | CASE NUMBER:<br>07 CV 2125 W (AJB) |

**PROOF OF SERVICE**

At the time of service I was over 18 years of age and not a party to this action. My business address is Mazzarella Caldarelli LLP, 550 West C Street, Suite 700, San Diego, CA 92101.

On November 27, 2007, I caused the following documents to be served:

**JOINT MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT**

☒ **By Electronic Filing:** I am familiar with the United States District Court, Southern District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities. Under said practice, the following CM/ECF users were served:

Lynn Hubbard, III, Esq. — Attorneys for Plaintiff
Scottlynn J. Hubbard, IV, Esq.

E-mail: usdcso@hubslaw.com

☐ **By e-mail or electronic transmission.** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addressed below and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☐ **By overnight delivery.** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses below. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

☐ **By personal service.** I delivered such envelope by hand to the office of the addressee.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on November 27, 2007, at San Diego, California.

/s/ Michael D. Fabiano
Michael D. Fabiano