**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRIS KOHLER,<br><br>Plaintiff,<br><br>v.<br><br>PETCO ANIMAL SUPPLIES STORES, INC. dba PETCO #927, et al.,<br><br>Defendants. | CASE NO: 07-CV-2125 W (AJB)<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE DEADLINE FOR PETCO TO FILE ITS RESPONSIVE PLEADING [DOC. NO. 4]** |

On November 27, 2007, Plaintiff and Defendant Petco Animal Supplies Stores, Inc. dba Petco #927 ("Petco") filed a joint motion for an extension of time to respond to the complaint. Having reviewed the moving papers, and good cause appearing, the Court **GRANTS** the motion [Doc. No. 4]. Petco's responsive pleading is due on or before December 26, 2007.

**IT IS SO ORDERED.**

DATED: November 29, 2007

Hon. Thomas J. Whelan
United States District Judge