**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

CHRIS KOHLER,

Plaintiff,

v.

PETCO ANIMAL SUPPLIES STORES, INC., et al.,

Defendants.

CASE NO: 07-CV-2125 W (AJB)

**ORDER GRANTING JOINT MOTION TO AMEND THE COMPLAINT**

Pending before the Court is the parties' joint motion for an order allowing Plaintiff to amend the Complaint. Having considered the papers, and good cause appearing, the Court **GRANTS** the motion [Doc. No. 10]. Plaintiff's amended complaint shall be filed within 10 court days from the date of this order.

**IT IS SO ORDERED.**

DATED: February 5, 2008

Hon. Thomas J. Whelan
United States District Judge