Lynn Hubbard, III, SBN 69773
Scottlynn J Hubbard, IV, SBN 212970
**LAW OFFICES OF LYNN HUBBARD**
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244

Attorney for Plaintiff

**THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Chris Kohler,<br><br>Plaintiff,<br><br>vs.<br><br>PETCO Animal Supplies Stores, Inc. dba Petco #927, et al.,<br><br>Defendants. | Case No. 07cv2125 W (AJB)<br><br>**Joint Motion to Continue the Early Neutral Evaluation Conference**<br><br>Honorable Anthony J. Battaglia |

It is hereby stipulated by and between Plaintiff, Chris Kohler, and Defendant PETCO Animal Supplies Stores, Inc. and their respective counsel (collectively, "the Parties), that the date for the Early Neutral Evaluation Conference ("ENE") be continued at least twenty-one (21) days. The Parties make this request for the following reasons:

1. On February 5, 2008, Judge Whelan granted the Joint Motion to Amend the Complaint. Plaintiff anticipates filing his First Amended Complaint ("FAC") by the close of business on February 6, 2008. The FAC will name a new defendant, the property management company responsible for maintaining the parking lot and common areas at the property that is the subject of this lawsuit. Plaintiff further anticipates serving the FAC on the new defendant within two weeks of filing.

2. The Parties believe that all of the parties to the action, including the new defendant, must participate in an ENE, and likewise an on-site meet and confer, for those events to be useful. Without all parties, those events would be meaningless and would force the parties to incur additional attorney fees and costs unjustifiably.

3. Accordingly, the Parties respectfully submit that it would be counter-productive to hold an ENE at this time, and jointly move that the ENE conference (and all related dates) be continued for at least twenty-one (21) days, to a date chosen by the Court.

Dated: February 6, 2008 LAW OFFICES OF LYNN HUBBARD

*/s/ Lynn Hubbard, III*
LYNN HUBBARD, III
Attorney for Plaintiff Chris Kohler

Dated: February 5, 2008 MAZZARELLA CALDARELLI LLP

*/s/ Michael D. Fabiano*
MICHAEL D. FABIANO
Attorney for Defendant PETCO Animal Supplies Stores, Inc.