Summons in a Civil Action (Rev 11/97)

FILED
08 FEB -7 AM 10:07
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: DEPUTY

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

CHRIS KOHLER,
Plaintiff,

vs

PETCO ANIMAL SUPPLIES STORES, INC. dba PETCO#927; GOLDEN EAGLE MANAGEMENT, LLC,
Defendants.

**SUMMONS ON FIRST AMENDED COMPLAINT**

Case No. 07cv2125 W (AJB)

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Lynn Hubbard, III, SBN 69773
Law Offices of Lynn Hubbard
12 Williamsburg Lane Chico, CA 95926
(530) 895-3252

An answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

2/7/08
DATE

By [signature], Deputy Clerk