cal_____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS KOHLER,<br><br>Plaintiff,<br>v.<br><br>PETCO ANIMAL SUPPLIES STORES, INC., et al.,<br><br>Defendants. | Civil No.07cv2125 W (AJB)<br><br>ORDER GRANTING JOINT MOTION TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE |

Having read the foregoing Joint Motion, and good cause appearing, the Court GRANTS the Joint Motion. The Early Neutral Evaluation Conference is hereby continued from March 5, 2008 to ***March 28, 2008 at 10:00 a.m.*** Plaintiff's (Amended) ENE Statement shall be lodged 21 days prior to the conference; the required on-site meet and confer shall be conducted no more than 14 days prior to the conference; and, the Joint ENE Statement shall be lodged 7 days prior to the conference. IT IS SO ORDERED.

DATED: February 7, 2008

Hon. Anthony J. Battaglia

U.S. Magistrate Judge

United States District Court