# PROOF OF SERVICE

I declare that I am over 18 years of age and that I am not a party to this action. My business address is 2775 VIA DE LA VALLE, SUITE 200, DEL MAR, CALIFORNIA 92014.

On March 5, 2008 I caused the document (s) described as :

Answer To Complaint

to be served on the parties in case number 08CV0199 JM (BLM) as follows:

*On all parties identified for Notice of Electronic Filing generated by the Court's CM/ECF system under the above referenced case caption.*

The following is a procedure in which service of this document was effected:

(xx) ELECTRONIC FILING – I Caused a true copy of the above referenced document to be filed by Notice of Electronic Filing generated by the Court's CM/ECF filing system, pursuant to the Court's local rules, to the addressee or addressees listed above.

I declare under penalty of perjury under the laws of the State Of California that the foregoing is true and correct.

Dated: March 11, 2008

/s/ James S. Munak___________
James S. Munak