cal______

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHRIS KOHLER,<br><br>Plaintiff,<br>v.<br><br>PETCO ANIMAL SUPPLIES STORES, INC., et al.,<br><br>Defendants.<br>________________________________________ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil No.07cv2125 W (AJB)<br><br><br>ORDER VACATING EARLY NEUTRAL EVALUATION CONFERENCE, SETTING SETTLEMENT DISPOSITION CONFERENCE |

Due to the Notice of Settlement filed in the above entitled action, the Court hereby vacates the March 28, 2008 Early Neutral Evaluation Conference and schedules a telephonic Settlement Disposition Conference for ***April 14, 2008 at 9:30 a.m.*** Counsel for plaintiff shall initiate the conference call.

IT IS SO ORDERED.

DATED: March 12, 2008

Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court