LYNN HUBBARD, III, SBN 69773
SCOTTLYNN J HUBBARD IV, SBN 212970
DISABLED ADVOCACY GROUP, APLC
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Fax: (530) 894-8244

Attorneys for Plaintiff

MICHAEL FABIANO, SBN 167058
MAZZARELLA & CALDARELLI, LLP
550 West "C" Street, Suite 700
San Diego, CA 92101
Telephone: (619) 238-4900
Fax: (619) 238-4959

Attorney for Defendant Petco Animal Supplies Stores, Inc.

JAMES MUNAK, SBN 48382
LAW OFFICES OF JAMES S. MUNAK
2775 Via de la Valle, Suite 200
Del Mar, CA 92014
Telephone: (858) 509-1067
Fax: (858) 755-1639

Attorney for Defendant Golden Eagle Management, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS KOHLER,<br><br>Plaintiff,<br><br>v.<br><br>PETCO ANIMAL SUPPLIES STORES, INC. dba PETCO #927, et al.,<br><br>Defendants.<br>_______________________________________/ | Case No. 07cv2125 W (AJB)<br><br>**JOINT MOTION FOR DISMISSAL** |

PURSUANT TO A SETTLEMENT AGREEMENT AND RELEASE, it is hereby jointly requested, by plaintiff, CHRIS KOHLER, and defendants, PETCO ANIMAL SUPPLIES STORES, INC. dba PETCO #927 and GOLDEN EAGLE MANAGEMENT, LLC, that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-entitled action pursuant to Fed. R. Civ. P. 41.

The dismissal with prejudice shall dismiss the action in its entirety.

Dated: April 1, 2008

DISABLED ADVOCACY GROUP, APLC

/s/ Lynn Hubbard, III
LYNN HUBBARD, III
Attorney for Plaintiff

Dated: March 31, 2008

MAZZARELLA CALDARELLI, LLP

/s/ Michael Fabiano
MICHAEL FABIANO
Attorney for Defendant Petco Animal Supplies Stores, Inc.

Dated: March 31, 2008

LAW OFFICES OF JAMES S. MUNAK

/s/ James Munak
JAMES MUNAK
Attorney for Defendant Golden Eagle Management, LLC