FILED

08 APR 10 AM 10:48

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

DEPUTY

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

CHRIS KOHLER,

Plaintiff,

v.

PETCO ANIMAL SUPPLIES STORES, INC. dba PETCO #927, et al.,

Defendants.

CASE NO: 07-CV-2125 W (AJB)

**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE [DOC. NO. 20]**

On April 1, 2008, the parties filed a joint motion to dismiss this case with prejudice pursuant to Federal Rule of Civil Procedure 41. Good cause appearing, the Court **GRANTS** the parties' motion (Doc. No. 20).

**IT IS SO ORDERED.**

DATE: April 9, 2008

**HON. THOMAS J. WHELAN**
United States District Court
Southern District of California